IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TYRONE M. GRAVES,<br><br>               Defendant. | **8:09CR338**<br><br>**ORDER** |

      This matter is before the Court on defendant's motion to extend time to supplement his motion for compassionate release. Filing No. 63. The Court has reviewed the motion and finds it should be granted. Also before the Court is the plaintiff's motion to extend time to file a response, Filing No. 59. The Court notes that the response has been filed, Filing No. 61, and will grant the motion to extend, Filing No. 59.

      THEREFORE, IT IS ORDERED THAT:

1. Defendant's motion to extend time, Filing No. 63, is granted.

2. Plaintiff's motion to extend, Filing No. 59, is granted.

Dated this 26th day of June, 2020.

                                                    BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Senior United States District Judge